SEDGWICK LLP
MARK J. HANCOCK, Bar No. 160662
mark.hancock@sedgwicklaw.com
REBECCA A. HULL, Bar No. 99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL, Bar No. 227135
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone:   415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE
COMPANY, CISCO SYSTEMS, INC., LONG TERM
DISABILITY BENEFIT PLAN, incorrectly sued herein as
CISCO SYSTEMS, INC. PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; CISCO SYSTEMS, INC. PLAN,<br><br>        Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>[Originally Santa Clara Superior Court Case No. 114cv266243] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendants Metropolitan Life Insurance Company ("MetLife") and Cisco Systems, Inc., Long Term Disability Benefit Plan, incorrectly sued herein as Cisco Systems, Inc. Plan ("the Plan") (collectively "defendants"), hereby remove the above-entitled action, which was filed by plaintiff Kevin Johnson in the Superior Court of the State of California, County of Santa Clara, Case No. 114cv2662436 ("Complaint"), to this Court pursuant to 28 U.S.C. §§ 1331, 1441(a), 1441(b), and 1441(c), and ERISA § 502, on the following grounds.

## JURISDICTION

1. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a), (b) and (c) and 29 U.S.C. § 1132, in that it seeks disability benefits and other relief that the plaintiff claims is owed to him by MetLife under the terms of an employee welfare benefit plan, and thereby states a claim only under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, *et seq.*

2. Any remaining claims or causes of action in the complaint that are otherwise nonremovable are joined with the separate and independent claims or causes of action within the jurisdiction conferred by 28 U.S.C. § 1331, and the entire action is therefore removable under 28 U.S.C. § 1441(c).

## FACTS SUPPORTING REMOVAL

3. Plaintiff alleges that he is entitled to recover from MetLife, under a long term disability insurance plan, by reason of his employment; as such, he has alleged that he was a participant in the employer's employee welfare benefit plan. (Declaration of Erin A. Cornell ("Cornell Decl."), Ex. A ("Complaint") ¶¶ 3-5.)

4. Plaintiff seeks disability benefits and other relief under the Plan, which he alleges is insured by a policy of insurance issued by MetLife. (Complaint ¶ 4.) As such, plaintiff's complaint alleges a claim for recover of employee benefits, which is subject to ERISA under 29 U.S.C. § 1332(a). (Complaint ¶ 27.)

5. On the face of the Complaint, therefore, the action is one that arises only under Federal law, and it is removable to this Court.

## TIMELINESS OF REMOVAL PETITION

6. On June 6, 2014, plaintiff filed a complaint in the Superior Court of the State of California, County of Santa Clara, entitled *Kevin Johnson v. Metropolitan Life Insurance Company; Cisco Systems, Inc. Plan*, Case No. 114cv266243. True and correct copies of the Complaint and related materials are attached as Exhibit A to the Declaration of Erin A. Cornell filed concurrently herewith.

7. The first date on which MetLife was served with a copy of the Complaint was June 11, 2014, when the suit documents were received by CT Corporation. (*Id.*)

8. The Plan has not yet been served with the summons and Complaint. However, the Plan consents to removal. (Cornell Decl., ¶ 3.)

9. On June 20, 2014, MetLife accepted the tender of defense for the Plan. (*Id.*, ¶ 4.)

10. No other pleadings or papers have been filed, served, or received by MetLife, other than the Complaint and summons.

11. This Notice of Removal is filed with this Court within 30 days of the earliest date on which the defendants were first served with a copy of the initial pleadings in the above-entitled action. This removal is timely under 28 U.S.C. § 1446(b).

WHEREFORE, defendants Metropolitan Life Insurance Company and Cisco Systems, Inc., Long Term Disability Benefit Plan remove the above-entitled action to this Court and request that the Court assume jurisdiction over this action.

DATED: July 1, 2014          SEDGWICK LLP

By: */s/ Erin A. Cornell*
Mark J. Hancock
Rebecca A. Hull
Erin A. Cornell
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY, CISCO SYSTEMS, INC., LONG TERM DISABILITY BENEFIT PLAN, incorrectly sued herein as CISCO SYSTEMS, INC. PLAN

3
NOTICE OF REMOVAL